# APPEARANCE FORM FOR PRO SE LITIGANTS
## DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

HHN

Information entered on this form is required for any person filing a case in this court as a pro se party (that is, without an attorney).

NAME: **Funmi Curtis-Joseph**
(Please print)

STREET ADDRESS: **353 Farmington Lane**

CITY/STATE/ZIP: **Vernon Hills, 60061**

PHONE NUMBER: **(224) 433-6141**

CASE NUMBER: **08CV4408**
**JUDGE NORGLE**
**MAG. JUDGE VALDEZ**

Signature: *Joseph*

Date: 8-5-2008

FILED
8-5-2008
AUG - 5 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT