Order Form (01/2005)

# United States District Court, Northern District of Illinois



| Name of Assigned Judge or Magistrate Judge | Charles R. Norgle | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 4408 | **DATE** | 8/11/2008 |
| **CASE TITLE** | Curtis-Joseph vs. UIC | | |

**DOCKET ENTRY TEXT**

Plaintiff's Application to Proceed in Forma Pauperis [4] is granted.

*/s/ Charles R. Norgle*

Docketing to mail notices.