FILED
AUGUST 11, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

MHN

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
_____ DIVISION

FUNMI M. CURTIS-JOSEPH )  No  08CV4408
                                  JUDGE NORGLE
PLAINTIFF                         MAG. JUDGE VALDEZ
V.
UNIVERSITY OF ILLINOIS AT CHICAGO

RE: MICHEAL TANNER, PROVOST
&VICE CHNCELLOR ACADEMIC AFFAIRS
BARBARA HENLEY, VICE CHANCELLOR
STUDENT AFFAIRS
JOHN W. RICHARDSON, UIC CHIEF OF POLICE
OFFICER KIENNA LOVE & OFFICER JACKSON

DEFENDANTS

RECEIVED
AUG - 5 2008
8-5-2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## COMPLAINT
### UIC POLICE BRUTALITY AND FALSE ARREST THAT LED TO DISCRIMINATION IN EDUCATION AND EMOTIONAL TRUAMA FOR THE MINOR CHILD AND THE PLAINTIFF

On August 7, 2006, the said officer Kienna Love stopped the plaintiff at the intersection of Harrison and Racine claiming the plaintiff's break lights was not working. The plaintiff apologized to her that she was not aware of this. The officer then asked the plaintiff to follow her to the station.

At the station the officer went inside the building without saying anything to the plaintiff, so the plaintiff waited in the car with her 12 year old son who was with her at the time.

When the officer returned, she stood in front of the plaintiff's car and was asking the plaintiff to move the car. The plaintiff beckons to her to come because she had a question for her. To this the officer responded and came to the driver's side of the car standing by the window. The plaintiff asked her if she was in trouble and if her situation would require for her to call a lawyer. Instead of the officer responding to the plaintiff, she started to shout and threatening the plaintiff saying, "Why should I answer you? I am asking you to move your g—d—car and you are not responding. While she was still talking before I knew it my was surrounded by all male officers before I could say anything someone reached into the car from the passenger's side and snatched the cell phone for my right hand threw it on the hood of the car, meanwhile

someone reached in from the same side and took the keys out of the ignition and I felt the handcuff on my right hand. I felt the hand cuff on my left hand and saw the look of hatred on officers Love's face trying to pull me out of the car with the handcuff. I asked her what she was doing. She did not answer me but I heard her saying aloud sadly as if talking to the others "She thinks we are not real police officers." she kept pulling me out of the car. One male officer practically reached in and carried me off the seat, carried me out of the car, while some other male officers held on to me and carried me into the station. I was too perplexed to fight or even say anything. I have never felt so powerless in my life. I heard my soon crying "Mummy! Mummy! Mummy!" I turned to look and I saw a man in afro pulling him out of the car. I never saw my son again until I went to pick him up from DCFS custody two days later.

With the help of some of these officers I was carried all the way into the cell where officer Love took off my jewelry and then locked the cell door. It was at this time that I asked her why she was locking the cell door. She responded by saying, "I am placing you under arrest for resisting arrest." I was so drained that all I could say to her was, "what arrest? She now responded by saying, "You think I am not a real officer I will show you that I am a real officer because you are going to jail and your son is going into DCFS custody." I started to cry and pleaded with her to please let me make at least one telephone call so that someone will come and get my son.

She did not respond to this but the other male officers that where still standing by the cell eyed me and said, "Call DCFS send her to jail."

Before I knew it, I was transferred to cook county jail where I spent the night. However, I did not even arrive at this place until 3 am. I was so sacred and I could not do anything but cried.

On August 7, 2006, because the plaintiff was not allowed to call a lawyer she was represented by a public defender who claims that because the plaintiff was in a felony jail and her case was traffic, he asked the judge to transfer the case to the traffic court on 50 Washington at the Richard Dailey Center.

The case for some reason was allowed to drag on for over a year until September 14, 2007. I was forced to drop out of school because going back and forth to court was emotionally draining for me. Also, the incident was the most traumatic experience of my life. After these officers were exonerated, I was afraid of what they would do to me on campus if they ran into me especially since whenever they see me in court they will look at my direction and will start to laugh at me.

If the jury had found me guilty of the resisting arrest charge, I would have been convicted of something I did not do, get a criminal record that I have never had in

all my 25-30 years of driving and the school I went to get education just stood by and was willing to allow this to happen to a student.

    I want to sue the university.

    I could not attend another school when the jury found me not guilty on September 14, 2007 because the financial aid office, after I told them my situation and why I needed to take some time off from the university completely cancelled my aid and went as far as placing a HOLD on my account that prevented me from getting my transcript so that I could not transfer to another university even if I wanted to.

    As of now I am still unable to attend another university.

Am an adult student and who would have graduated from the university in December of this 2006 if I had not encountered these UIC officers. I had lived on grants, loans and scholarship and was able to send my older son to a university before my experience with UIC police.

I am not able to get a job, because every job I do will require a criminal background check and the arrest is still on my record. I was not drunk, I was not speeding, my license was not suspended due to any illegal activities and I did not have any contraband on me. Yet this matter had turned my life upside down in a split second. And my school stood by and id nothing to help me.

From what I understand even if I had done any of these things, the school, has its own internal Hearing that it would conduct in order to reprimand the student instead of a jail term that will cause a permanent damage to the student. I am a black woman with a foreign accent so this was not an option for me. They wanted to destroy my life and my future.

I want my life back your honor and I will not be able to do this until this matter is resolved and the arrest is removed from my records.

I will like to sue the school for what they allowed those officers to do to me and my son whom I had raised sheltered but was allowed to spend two nights in DCFS custody.

No amount of money can ever make up for what these officers and the school did to my family . I am not in school, my older had to drop out of his university because we lost our home and I was broke. Also my car was towed by these officers and I was expecting my school to help get it out so I did not have a car for some time until I saw they did not care. Lack of transportation even made my life more difficult.

There is not price tag on what this school did to me your Honor. I will like to sue them for $2,000,000.00.

*Joseph*
*8-5-2008*